Argued April 11, affirmed April 17, 1928.

## M. E. BARR *v.* YAMHILL COUNTY.

(266 Pac. 1119.)

**From** Marion: PERCY R. KELLY, Judge.

Department 2.

AFFIRMED.

For appellant there was a brief over the name of *Messrs. Carson, Carson & Carson*, with oral arguments by *Mr. Wallace Carson* and *Mr. Earl A. Nott*, District Attorney.

For respondent there was a brief over the name of *Messrs. Vinton & Tooze* and *Mr. Eugene E. Marsh*, with an oral argument by *Mr. Walter L. Tooze*.

PER CURIAM.—We have carefully considered all of the questions raised by the appellant and we find no reversible error. The judgment appealed from is, therefore, affirmed.          AFFIRMED.